UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tracie D. Humphrey,                            Civil 07-1484 JNE/FLN

     Plaintiff,

v.                                    O R D E R

Michael J. Astrue,
Commissioner of Social Security,

     Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 15, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for summary judgment [#10] is DENIED; and

2. Defendant's motion for summary judgment [#13] is GRANTED.

DATED: March 11, 2008.            s/ Joan N. Ericksen
at Minneapolis, Minnesota          JUDGE JOAN N. ERICKSEN
                                           United States District Court